1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERWIN SAVOY,                                No.  2:13-cv-0014 JAM AC P

12              Plaintiff,

13        v.                                      ORDER

14    STAN SCHLACHTER,

15              Defendant.

16

17            Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

18    ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

19    cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

20    circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

21    1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

22    F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

23    exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

24    denied.

25            Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

26    ////

27    ////

28    ////

                                                    1

1    counsel (ECF No. 35) is denied.

2    DATED: November 19, 2013

3

4    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28