UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN SAVOY,<br><br>         Plaintiff,<br><br>    v.<br><br>STAN SCHLACHTER, et al.,<br><br>         Defendants. | No. 2:13-cv-00014-JAM-AC-P<br><br><br>ORDER |

On January 3, 2013, plaintiff commenced this action seeking relief for alleged civil rights violations. See 42 U.S.C. § 1983. On March 18, 2014, a fellow prisoner notified the court that plaintiff was deceased. ECF No. 45. The court declines to proceed with this action until there is either a notice of suggestion of death on the record pursuant to Rule 25 of the Federal Rules of Civil Procedure, or a showing that plaintiff is not deceased.

Accordingly, it is ORDERED that:

Defendant shall, within 30 days of the date this order is served, determine whether plaintiff is deceased and if he is, file a proper notice pursuant to Rule 25 of the Federal Rules of Civil Procedure.

DATED: March 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1